UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOMESTIC BANK | : | |
| | : | |
| v. | : | C.A. No. 07-355-S |
| | : | |
| GLOBAL EQUITY LENDING, INC. | : | |

**STIPULATION**

By agreement of the parties, the time within which defendant, GLOBAL EQUITY LENDING, INC. may file its answer and/or responsive pleading to plaintiff's complaint is extended to and including November 2, 2007.

PLAINTIFF
DOMESTIC BANK
By Its Attorney,

Harris K. Weiner (#3779)
321 South Main Street
Providence, RI 02903
Tel. (401) 351-8200
Fax. (401) 351-9032

DEFENDANT,
GLOBAL EQUITY LENDING, INC.
By Its Attorneys,

William R. Grimm (#1938)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
Tel. (401) 274-2000
Fax. (401) 277-9600
E-mail: wgrimm@haslaw.com

#838260