**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| | : | District Court |
| Domestic Bank<br>Plaintiff, | : | C.A. No. 07-355 S |
| vs. | : | |
| Global Equity Lending, Inc.,<br>Defendant. | : | |
| | : | |

## ENTRY OF APPEARANCE

Now comes Anthony Deluca, Esq., a member in good standing of the Rhode Island Bar and the Federal Bar for the District of Rhode Island, to enter his limited appearance in the above-referenced matter as co-counsel for Plaintiff Domestic Bank for the purpose of participating in the Defendant's Rule 30(b)(6) Deposition in Atlanta, Georgia.

Respectfully submitted
Plaintiff Domestic Bank
By its Attorneys,

____________________________
Anthony Deluca, Esq. (R.I. Bar No. 3325)
Dinur & Deluca, LLC
One Lakeside Commons
990 Hammond Drive
Suite 760
Atlanta, Georgia 30328

/s/ Harris K. Weiner
Harris K. Weiner, Esq. (R.I. Bar No. 3779)
321 South Main Street, Suite 302
Providence, Rhode Island 02903
Office: (401) 351-8200
Facsimile: (401) 351-9032
E-mail: hkw@pinelaw.com

Certification

I hereby certify that on this **5th** day of **June**, **2008**, I faxed and mailed, postage prepaid, a true copy of the within *Entry of Appearance* to the attorney of record listed below.

/s/ Harris K. Weiner

William R. Grimm, Esq.
Hinckley, Allen & Synder LLP
50 Kennedy Plaza
Providence, Rhode Island 02903