**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| | : | District Court |
| Domestic Bank<br>Plaintiff, | : | |
| vs. | : | |
| Global Equity Lending, Inc.,<br>Defendant. | : | C.A. No. 07-355 S |
| | : | |

**MOTION TO EXTEND DISCOVERY**

This Court has set a discovery closure deadline of July 19, 2008 in the above-referenced matter. Due to the following factors, Plaintiff Domestic Bank hereby respectfully requests enlargement of time for expert and factual discovery.

1. Plaintiff's counsel had hip surgery in late November and was not able to return to work on a full-time basis until late January during which period the parties agreed to stay discovery. This delayed the initial disclosures. Plaintiff's counsel was occupied in February and March with deferred briefing obligations including opposition papers to the Motion for Summary Judgment submitted to this Court in Ralph Belleville v. United Food & Commercial Workers International Union-Industry Pension Fund, C.A. No.: 07-384.

2. The undersigned is the only attorney in his office working on this case. He is "of counsel" and generally operates as a solo practitioner, without the ability to delegate.

3. An attempt to resolve this matter through early-stage mediation was unsuccessful.

4. The parties have conducted written discovery but the Rule 30(b)(6) deposition in Atlanta, Georgia of the Defendant has been delayed two times due to scheduling

conflicts and airline cancellations, which most recently prevented the deposition from going forward as agreed on June 30, 2008. Defense counsel's currently full July schedule prevents this deposition from going forward until August 2008.

5. The parties have not yet designated experts because of the delays in the Rule 30(b)(6) proceeding.

6. The Rule 30(b)(6) deposition is expected to reveal whether additional depositions are necessary in Florida and California, where the subject loans were made and processed.

Defendant's counsel has assented to an extension of time to complete the Rule 30(b)(6) deposition but Plaintiff's counsel requests a broader extension to cover expert disclosure and factual discovery. Plaintiff respectfully requests an additional 90 days.

Respectfully submitted
Plaintiff Domestic Bank,
By its Attorney,

/s/Harris K. Weiner

Harris K. Weiner, Esq. #3779
321 South Main Street, Suite 302
Providence, Rhode Island 02903
Office: (401) 351-8200
Facsimile: (401) 351-9032

**CERTIFICATION**

I hereby certify that on the **1st** day of **July 2008**, I mailed a true copy of the within, postage prepaid, to Attorney William Grimm, Hinckley Allen & Snyder, LLP, 50 Kennedy Plaza Providence, RI, 02903 and to Anthony DeLuca, Esq., One Lakeside Commons, 990 Hammond Drive, Suite 760, Atlanta, GA 30328 and to William McClean, Esq., Merritt & Tenney, LLP, 200 Galleria Parkway, Suite 500, Atlanta, Georgia 30339.

/s/Harris K. Weiner