**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DOMESTIC BANK,** **Plaintiff,** v. **GLOBAL EQUITY LENDING, INC.,** **Defendant.** | ) ) ) ) ) ) ) ) ) | **Civil Action File No. 07-355 S** |

**OBJECTION TO MOTION TO EXTEND DISCOVERY**

Defendant, Global Equity Lending, Inc., hereby objects to Plaintiff's motion to extend discovery to the extent that it seeks to resurrect deadlines already passed and/or seeks an extension to conduct discovery other than the 30(b)(6) deposition of the Defendant, previously scheduled for Atlanta on June 30, 2008 but postponed for various reasons beyond Plaintiff's counsel's control. This Court's scheduling order specifically provided the following: "Plaintiff shall make its expert witness disclosures as required by Fed. R. Civ. . 26(a)(2) by April 19, 2008. Defendant shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by May 19, 2008. Expert Discovery shall close on July 19, 2008. (Any expert witness not disclosed by these dates will not be allowed to testify unless authorized by the Court.)" These deadlines have long since passed with no disclosures from either side. Defendant is prepared to consent to the completion of the 30(b)(6) deposition after the current discovery close of July 19, 2008. No good cause exists to extend the discovery closure date further. No cause exists to

change the expert disclosure deadlines after the fact. Under the circumstances, the motion to extend discovery generally and resurrect long past deadlines requested by Plaintiff should be denied.

GLOBAL EQUITY LENDING, INC.

By its Attorneys,

William R. Grimm (#1938)
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
Tel. (401) 274-2000
Fax. (401) 277-9600
E-mail: wgrimm@haslaw.com

Dated: July 3, 2008

**CERTIFICATION**

To:

Harris K. Weiner, Esq.
321 South Main Street, Suite 302
Providence, Rhode Island 02903

I hereby certify that I mailed a copy of the within Objection to Motion to Extend Discovery to the attorney of record, as listed above, on this 2nd day of July, 2008.

#909975 v1