**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DOMESTIC BANK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action File No. 07-355 S** |
| | ) | |
| **GLOBAL EQUITY LENDING, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ENTRY OF APPEARANCE**

Mitchell R. Edwards hereby enters his appearance on behalf of Defendant, Global Equity Lending, Inc.

GLOBAL EQUITY LENDING, INC.
By its Attorneys,

/s/ Mitchell R. Edwards
William R. Grimm (#1938)
Mitchell R. Edwards (#6942)
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
Tel. (401) 274-2000
Fax. (401) 277-9600
E-mail: wgrimm@haslaw.com
medwards@haslaw.com

Dated: July 18, 2008

**CERTIFICATION**

Harris K. Weiner, Esq.
321 South Main Street, Suite 302
Providence, Rhode Island 02903

I hereby certify that I mailed a copy of the within Entry of Appearance to the attorney of record, as listed above, on this 18th day of July, 2008.

/s/ Mitchell R. Edwards