**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DOMESTIC BANK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action File No. 07-355 S** |
| | ) | |
| **GLOBAL EQUITY LENDING, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## MOTION TO WITHDRAW

William R. Grimm and Mitchell R. Edwards of Hinckley, Allen & Snyder LLP, hereby move to withdraw their appearances as counsel for Defendant, Global Equity Lending, Inc. The basis for this motion is that Global Equity Lending, Inc. has failed to pay Hinckley, Allen & Snyder LLP for some of its past legal services and has indicated that it will not pay for future work.

GLOBAL EQUITY LENDING, INC.
By its Attorneys,

/s/ William R. Grimm

William R. Grimm (#1938)
Mitchell R. Edwards (#6942)
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
Tel. (401) 274-2000
Fax. (401) 277-9600
E-mail:medwards@haslaw.com
E-mail wgrimm@haslaw.com

Dated: July 31, 2008

# CERTIFICATION

Harris K. Weiner, Esq.
321 South Main Street, Suite 302
Providence, Rhode Island 02903

I hereby certify that I mailed a copy of the within Withdrawals of Appearance to the attorney of record, as listed above, on this 31st day of July, 2008.

/s/ William R. Grimm