**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| | : | District Court |
| Domestic Bank<br>Plaintiff, | : | C.A. No. 07-355-S |
| vs. | : | |
| Global Equity Lending, Inc., | : | |
| Defendant. | : | |

**PLAINTIFF'S OPPOSITION TO DEFENSE COUNSEL'S MOTION TO WITHDRAW**

Now comes Plaintiff Domestic Bank to oppose the Motion of Counsel for Global Equity Lending, Inc. To Withdraw. No substitute counsel has been named. The Plaintiff is presently conducting discovery and working on an expert disclosure that is due on August 19, 2008. Factual discovery closes on November 19, 2008. Plaintiff will be prejudiced by the absence of counsel with whom to coordinate service, discovery, scheduling, settlement discussions and stipulations.

Defendant is a corporation. Under Local Rule 205(3), "A corporation, partnership, association or other entity may not appear *pro se*."

Plaintiff conducted the Rule 30(b)(6) deposition of the Defendant corporation on August 5, 2008 in Atlanta, Georgia where Defendant was represented by its Atlanta-based counsel, William McLean, Esquire of Merritt & Tenney. At that proceeding, Plaintiff's counsel told Mr. McLean that Plaintiff would object to the withdrawal of Hinckley, Allen & Snyder if substitute

counsel did not enter its appearance on behalf of the Defendant. Mr. McLean and/or Merritt & Tenney have not entered an appearance in this matter.

Wherefore, Plaintiff Domestic Bank respectfully requests that this Court deny the Motion of Defendant's counsel to withdraw from this action until substitute counsel enters an appearance.

Respectfully submitted
Plaintiff Domestic Bank
By its Attorney,

/s/Harris K. Weiner
Harris K. Weiner, Esq. #3779
321 South Main Street, Suite 302
Providence, Rhode Island 02903
Office: (401) 351-8200
Facsimile: (401) 351-9032

**Certification**

I hereby certify that on this **14th** day of August 2008 I mailed, postage prepaid, a true copy of the within to the attorneys of record listed below.

/s/Harris K. Weiner

William R. Grimm, Esquire
Hinckley, Allen & Synder LLP
50 Kennedy Plaza
Providence, Rhode Island 02903

William McLean, Esquire
Merritt & Tenney
200 Galleria Parkway N.W., Suite 500
Atlanta, GA 30339-3183