**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DOMESTIC BANK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action File No. 07-355 S** |
| | ) | |
| **GLOBAL EQUITY LENDING, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**OBJECTION TO MOTION TO AMEND COMPLAINT**

Defendant, Global Equity Lending, Inc., hereby objects to plaintiff's motion to amend the complaint. In support of its objection, defendant asserts that the motion to amend is not timely filed. The amendment seeks to add two new party defendants, World Leadership Group LLC and Hubert Humphrey to the case and to add a number of new counts and legal theories. Pursuant to the most recently extended scheduling order, discovery closes in this case on November 19, 2008. Given the current discovery schedule, defendant will be prejudiced by plaintiff's proposed amendment adding new parties and new claims to the suit at this late hour.

GLOBAL EQUITY LENDING, INC.
By its Attorneys,

/s/ William R. Grimm
William R. Grimm (#1938)
Mitchell R. Edwards (#6942)
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
Tel. (401) 274-2000
Fax. (401) 277-9600
E-mail:medwards@haslaw.com
E-mail wgrimm@haslaw.com

Dated: September 8, 2008

#914606v1

**CERTIFICATION**

Harris K. Weiner, Esq.
321 South Main Street, Suite 302
Providence, Rhode Island 02903

I hereby certify that I mailed a copy of the within Defendant's Objection to Plaintiff's Motion to Amend to the attorney of record, as listed above, on this 8th day of September, 2008.

/s/ William R. Grimm

#922476