UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOMESTIC BANK,<br>Plaintiff, | : | |
| v. | : | CA 07-355 S |
| GLOBAL EQUITY LENDING, INC.,<br>Defendant. | : | |

**NOTICE AND ORDER**

Before the Court is the Motion to Withdraw (Doc. #18) ("Motion") filed by William R. Grimm, Mitchell R. Edwards, and Hinckley, Allen & Synder LLP ("Hinckley Allen"), counsel for Defendant Global Equity Lending, Inc. ("Defendant"). The basis for the Motion, as stated therein, is that Defendant has failed to pay Hinkley Allen for some of its past legal services and has indicated that it will not pay for future work. A hearing on the Motion was held on September 11, 2008.

Notice is hereby given that the Motion will be granted on October 13, 2008.[1] Because Defendant is a corporation and a corporation cannot appear in federal court unless represented by

---

[1] As the First Circuit has explained:

> It simply expects too much of counsel to expend the additional energy necessary to go to trial, and to front the necessary expenses, without any real assurance that he will be paid for any of it, especially where he already is owed a substantial sum and the client has violated the written fee agreement. Further, if counsel does not expend the necessary effort and does not front the trial expenses, he very well could expose himself to civil liability to his client. We refuse to place counsel in such a position.

Rivera-Domenech v. Calvesbert Law Offices PSC, 402 F.3d 246, 249 (1st Cir. 2005)(quoting Lieberman v. Polytop Corp., 2 Fed. Appx. 37, 39-40 (1st Cir. 2001)(unpublished opinion)); see also Fidelity Nat'l Title Ins. Co. of N.Y. v. Intercounty Nat'l Title Ins. Co., 310 F.3d 357, 540 (7th Cir. 2002)("Litigants have no right to free legal aid in civil suits.").

a licensed attorney, Memon v. Allied Domecq QSR, 385 F.3d 871, 873 (5th Cir. 2004), **Defendant is ordered to obtain new counsel in this matter by Monday, October 13, 2008.** If new counsel has not entered an appearance for Defendant by October 13th, Defendant may be defaulted. Hinckley Allen is directed to send a copy of this Notice and Order to Defendant.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
September 11, 2008