UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

_____
                                    )
CREDIT NORTHEAST, INC.,             )
        Plaintiff,                  )
                                    )
    v.                              )   C.A. No. 07-355-S
                                    )
GLOBAL EQUITY LENDING, INC., WORLD  )
LEADERSHIP GROUP, LLC, AND HUBERT   )
HUMPHREY a/k/a S. HUBERT HUMPHREY,  )
JR.                                 )
        Defendants.                 )
_____ )

**ORDER**

William E. Smith, United States District Judge.

Before the Court is Defendants' Objection to Magistrate Judge David L. Martin's Report and Recommendation, dated September 8, 2011. (ECF No. 145.) Magistrate Judge Martin recommended that Plaintiff's Motion for Final Judgment be treated as a motion for default judgment, which should be granted, and that judgment enter against the Defendants in the amount of $451,275.99 plus prejudgment interest. This Court's review of such an objection is de novo. See Fed. R. Civ. P. 72(b)(3).

After review of the Report and Recommendation, Defendants' Objection, and Plaintiff's Response, the Court finds that the Report and Recommendation presents clear factual findings and a thorough analysis of the relevant issues, consistent with the

evidence presented. Defendants had been previously defaulted as a sanction for repeated failures to comply with discovery obligations. Defendants' objection here calls for the Court to reopen the hearings to require Plaintiff to put forth additional evidence of its damages, making the objection substantially similar to objections raised before, and thoroughly addressed by, Magistrate Judge Martin. Magistrate Judge Martin found, and this Court agrees, that there was sufficient evidence presented to establish the amount of Plaintiff's damages. Therefore, this Court finds the objection to be without merit.

The Report and Recommendation of Magistrate Judge David L. Martin filed on September 8, 2011 is accepted pursuant to 28 U.S.C. § 636(b)(1). Accordingly, Judgment shall enter, as stated in the Report and Recommendation, in favor of Plaintiff for $451,275.99, with prejudgment interest running from the following dates: (1) as to $82,348.28, from June 18, 2007; (2) as to $6,000.00, from August 16, 2007; and (3) as to $316,000.00, from December 19, 2008.

IT IS SO ORDERED.

*/s/ William E. Smith*
William E. Smith
United States District Judge
Date: November 30, 2011